Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREDY ANTOUN,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant | Case No.: 2:20-cv-003327-JC<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees and expenses the amount of $5,000.00 (Five Thousand Dollars and No Cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (Four Hundred Dollars and No Cents) under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Date:  June 11, 2021                              /s/
                                   Honorable Jacqueline Chooljian
                                   UNITED STATES MAGISTRATE JUDGE

-1-